NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HAKO-MED USA, INC., HAKO-MED GMBH, AND ACHIM HANSJURGENS,**
*Plaintiffs-Appellants,*

**v.**

**AXIOM WORLDWIDE, INC., DOE CORPORATIONS 1-20, DOE DEFENDANTS 1-20, DOE GOVERNMENTAL AGENCIES 1-20, AND DOE PARTNERSHIPS 1-20,**
*Defendants.*

---

2011-1081

---

Appeal from the United States District Court for the District of Hawaii in No. 10-CV-0384, Judge David A. Ezra.

---

**JUDGMENT**

---

CRAIG M. RAPPEL, Rappel Health Law Group, P.L., of Vero Beach, Florida, argued for plaintiffs-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, GAJARSA, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 9, 2011 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |